**Davis Wright Tremaine** LLP

Suite 1100
188 West Northern Lights Blvd.
Anchorage, AK 99503-3985

Vanessa R. Norman
907-257-5304 tel
907-257-5399 fax

vanessanorman@dwt.com

January 23, 2020

**VIA U.S. CERTIFIED MAIL**

USAA Federal Savings Bank
10750 W. IH 10
San Antonio, TX 78288

Re:    Notice of Service; *Vitus Energy LLC v. USAA Federal Savings Bank;*
        Case No. 3AN-20-04418CI

To Whom It May Concern:

Davis Wright Tremaine LLP represents Vitus Energy LLC ("Vitus") in the above-referenced matter. Because USAA Federal Savings Bank ("USAA") does business in the State of Alaska but has failed to register to do business and maintain a registered agent as required by AS 10.06.753, the enclosed Summons, Complaint and Case Description Form have been served upon the Commissioner of the State of Alaska Department of Commerce, Community and Economic Development as authorized by AS 10.06.175(b).

A copy of this letter and copies the Summons, Complaint and Case Description Form are also being sent to USAA's registered agent in Texas:

> Corporation Service Company d/b/a
> CSC – Lawyers Incorporating Service Company
> 211 E. 7th Street, Suite 620
> Austin, TX 78701-3218

Very truly yours,

Davis Wright Tremaine LLP

Vanessa R. Norman

Enclosures (as noted)

4815-3255-4930v.1 0090817-000034

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

Jon S. Dawson, ABA #8406022
Vanessa R. Norman, ABA #1211106
DAVIS WRIGHT TREMAINE LLP
188 West Northern Lights Blvd., Suite 1100
Anchorage, AK 99503
Phone: (907) 257-5300
Fax: (907) 257-5399
jondawson@dwt.com
vanessanorman@dwt.com

Attorneys for Vitus Energy LLC

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

VITUS ENERGY LLC        )
                                  )
               Plaintiff,       )
                                  )
      vs.                      )       Case No. 3AN-20-04418 CI
                                  )
                                  )
USAA FEDERAL SAVINGS BANK    )
                                  )
               Defendant.     )
_____ )

**COMPLAINT**

Plaintiff Vitus Energy LLC ("Vitus"), by and through its attorneys Davis Wright

Tremaine LLP, files this complaint against defendant USAA Federal Savings Bank

("USAA"), and alleges as follows:

                   **I.**        **Parties, Jurisdiction, and Venue**

      1.        Vitus is an Alaska limited liability company with its principal place of

business in Anchorage, Alaska.

      2.        Upon information and belief, USAA is federal savings bank with its

4812-4238-9938v.2 0090817-000003

principal place of business in Texas.

3. USAA is a federal savings bank that does business in the State of Alaska.

4. This court has jurisdiction over the present matters pursuant to AS 22.10.020.

5. Venue is proper in the Third Judicial District at Anchorage

## II. Factual Allegations

6. Vitus sells fuel and provides various fuel related services to customers around the State of Alaska, some of whom pay Vitus for its fuel and services by check.

7. Vitus employed Sharron Johnson, as a Documents Control Administrator ("Johnson") from the period of July 2, 2019 to January 15, 2020.

8. During the period Johnson was employed by Vitus, Johnson took an undetermined number of checks made payable to Vitus (collectively the "Vitus Checks") and electronically deposited them into her personal bank account ("Johnson's USAA Account").

9. Vitus was named as payee on the Vitus Checks.

10. The Vitus Checks were endorsed "For Deposit Only."

11. In depositing the Vitus Checks into Johnson's USAA Account, Johnson acted without Vitus's authorization or knowledge.

12. USAA wrongly accepted the Vitus Checks for deposit into Johnson's USAA Account.

Davis Wright Tremaine LLP
LAW OFFICES
188 West Northern Lights Blvd., Ste. 1100
Anchorage, Alaska 99503-3985
(907) 257-5300 · Fax: (907) 257-5399

Davis Wright Tremaine LLP
LAW OFFICES
188 West Northern Lights Blvd., Ste. 1100
Anchorage, Alaska 99503-3985
(907) 257-5300 · Fax: (907) 257-5399

13.    USAA admits it accepted Vitus Checks totaling at least $87,149.28 for deposit into Johnson's USAA Account. However, despite repeated demand, USAA has refused to provide Vitus with information and documentation that would allow Vitus to determine the total number and dollar amount of Vitus Checks that were wrongly accepted by USAA for deposit into Johnson's USAA Account.

14.    Despite repeated demand, USAA has refused to pay Vitus the amount of the Vitus Checks that USAA accepted for deposit into Johnson's USAA Account.

### III.    First Cause of Action – Violation of the Uniform Commercial Code ("UCC"), AS 45.03.206(c)(2) and AS 45.03.420(b)

15.    Vitus incorporates by reference the allegations set forth in paragraphs 1 through 14.

16.    By depositing Vitus Checks endorsed "For Deposit Only" into Johnson's USAA Account, USAA converted the checks and violated AS 45.03.206(c)(2) of the UCC by failing to pay the Vitus Checks' proceeds to Vitus or apply them consistently with the endorsements on the checks.

17.    By depositing Vitus Checks endorsed "For Deposit Only" into Johnson's USAA Account, USAA converted the checks and violated AS 45.03.420(b) of the UCC by making payment to a person not entitled to enforce the Vitus Checks or receive payment for the Vitus Checks.

18.    USAA is liable to Vitus for damages for violation of AS 45.03.206(c)(2) and AS 45.03.420(b) of the UCC in the aggregate amount of at least $87,149.28.

## IV. Second Cause of Action – Violation of Alaska's Unfair Trade Practices and Consumer Protection Act, AS 45.50.471 et seq. ("UTPA")

19. VITUS incorporates by reference the allegations set forth in paragraphs 1 through 18.

20. By providing banking services to Alaska residents, USAA is conducting trade or commerce in the State of Alaska.

21. By depositing the Vitus Checks into Johnson's USAA Account in violation of AS 45.03.206(c)(2) and AS 45.03.420(b) of the UCC, by refusing to provide information and documentation that would allow Vitus to determine the total number and dollar amount of Vitus Checks that were wrongly accepted by USAA for deposit into Johnson's USAA Account, and by refusing to pay Vitus the amount of the Vitus Checks that USAA accepted for deposit into Johnson's USAA Account, USAA engaged in unfair trade practices in violation AS 45.50.471 of the UTPA.

22. Vitus was damaged by USAA's unfair trade practices in the amount of at least $87,149.28.

23. Pursuant to AS 45.50.531(a) of the UTPA, USAA is liable to Vitus for treble damages.

24. Pursuant to AS 45.50.537(a) of the UTPA, USAA is liable to Vitus for full reasonable attorneys' fees in bringing this action.

Davis Wright Tremaine LLP
LAW OFFICES
188 West Northern Lights Blvd., Ste. 1100
Anchorage, Alaska 99503-3985
(907) 257-5300 · Fax: (907) 257-5399

COMPLAINT
*Vitus Energy LLC v. USAA Federal Savings Bank*
4812-4238-9938v.2 0090817-000003

# V.

## PRAYER FOR RELIEF

VITUS therefore asks that this court enter judgment in its favor and prays for relief as follows:

A.  Judgment against USAA for the full amount of all damages sustained by VITUS as a result of USAA's violations of the UCC and the UTPA;

B.  For an award of treble damages under the UTPA;

C.  For an award of attorneys' fees and costs, including without limitation an award full reasonable attorneys' fees and costs under the UTPA

D.  ·Pre- and post-judgment interest at the statutory rate; and

E.  For such other and further relief as this court deems just and equitable.

DATED this 22nd day of January, 2020.

DAVIS WRIGHT TREMAINE LLP
Attorneys for VITUS Energy LLC.

By:_____
    Jon S. Dawson, ABA ##8406022
    Vanessa R. Norman, ABA #1211106

Davis Wright Tremaine LLP
LAW OFFICES
188 West Northern Lights Blvd., Ste. 1100
Anchorage, Alaska 99503-3985
(907) 257-5300 • Fax: (907) 257-5399

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

VITUS ENERGY LLC

_____
                    Plaintiff(s),
vs.

USAA FEDERAL SAVINGS BANK

_____
                    Defendant(s).

CASE NO. 3AN-20- 04418 CI _____

**SUMMONS AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT**

To Defendant: USAA Federal Savings Bank, a federal savings bank with no registered agent in the State of Alaska, through the Commissioner for the Department of Commerce, Community, and Economic Development

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) Jon Dawson and Vanessa Norman _____, whose address is: Davis Wright Tremaine LLP, 188 W. Northern Lights Blvd., Ste. 1100, Anchorage, AK 99503.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at https://public.courts.alaska.gov/web/forms/docs/tf-955.pdf to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

### NOTICE OF JUDICIAL ASSIGNMENT

TO:  Plaintiff and Defendant

You are hereby given notice that:

☒  This case has been assigned to Superior Court Judge ___Guidi___
   and to a magistrate judge.

☐  This case has been assigned to District Court Judge _____.

CLERK OF COURT

_1/22/20_
Date

By: _____
Deputy Clerk

I certify that on _1/22/20_ a copy of this Summons was  ☐ mailed  ☒ given to
☐ plaintiff  ☒ plaintiff's counsel along with a copy of the
☐ Domestic Relations Procedural Order  ☐ Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk ___Cro___

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 ANCH (10/17)(cs)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55

Case Number: 3AN-20-_04418_ CI

| Type of Action | For Court Use Only | |
|---|---|---|
| Check the box that best describes the case. Mark **one** box only. For district court cases, use form CIV-125D. | Case Type | Action Code |
| **Domestic Relations** | | |
| Divorce With Children (or Pregnant) | Div or Cust w/Children | CISDVC |
| Divorce Without Children | Divorce Without Children | CISDIV |
| Uncontested Divorce With Children (or Pregnant) | Div or Cust w/Children | CISUDVC |
| Uncontested Divorce Without Children | Divorce Without Children | CISUDIV |
| Custody (Unmarried Parents) | Div or Cust w/Children | CISCUS |
| Uncontested Custody (Unmarried Parents) | Div or Cust w/Children | CISUCUS |
| Visitation by Person Other than Parent | Domestic Relations Other | CIVIS |
| Property Division – Unmarried Partners | Domestic Relations Other | CISPROP |
| Legal Separation With Children (or Pregnant) | Legal Separation | CICLS |
| Legal Separation Without Children | Legal Separation | CISLS |
| Annulment | Domestic Relations Other | CIANNUL |
| Uncontested Legal Separation with Children (or Pregnant) | Legal Separation | CIUCLS |
| Uncontested Legal Separation Without Children | Legal Separation | CIUSLS |
| Paternity - Establishment | Domestic Relations Other | CISPAT |
| Paternity - Disestablishment | Domestic Relations Other | CIDPAT |
| Genetic Testing - Failure to Comply with Order for Testing | Domestic Relations Other | CIOSCP |
| Administrative Child Support Order – Modification or Enforcement | Domestic Relations Other | CIPCS |
| PFD or Native Dividend Case | Domestic Relations Other | CIPND |
| Foreign Support Order - Registration, Modification or Enforcement under AS 25.25 | Domestic Relations Other | CIUIFSA |
| Foreign Custody Order – Registration, Modification or Enforcement under AS 25.30 | Domestic Relations Other | DR483 |
| Both Foreign Custody & Support Order – Registration, Modification or Enforcement under AS 25.30 and AS 25.25 | Domestic Relations Other | CIFCS |
| Foreign Domestic Relations Order (Not Custody or Support) – Registration, Modification or Enforcement | Domestic Relations Other | CIDRFJ |
| **Landlord/Tenant** | | |
| Eviction (May Include Rent or Damages) | Eviction-Superior Court | CISFED |
| Other Landlord/Tenant (No Eviction) | Civil Superior Court | CISLT |
| **Debt/Contract** | | |
| Debt Collection | Civil Superior Court | CISDEB |
| Claim by Buyer Against Seller of Goods/Services | Civil Superior Court | CISCLAIM |
| Employment – Discrimination | Civil Superior Court | CISEMPD |
| Employment – Other Than Discrimination | Civil Superior Court | CISEMP |
| Other Contract | Civil Superior Court | CISOCT |
| **Real Property Actions** | | |
| Condemnation | Civil Superior Court | CISCNDM |
| Foreclosure | Civil Superior Court | CISFOR |
| Quiet Title | Civil Superior Court | CISQIT |
| Real Property Tax Foreclosure | Superior Court Misc Petition | CISTAX |
| Other Real Estate Matter | Civil Superior Court | CISREM |
| **Foreign Judgment** | | |
| Registration of Foreign Judgment – SEE DOMESTIC RELATIONS FOR FOREIGN **SUPPORT/CUSTODY** ORDERS | Foreign Judgment Superior Ct | CISFOJ |

Case 3:20-cv-00035-TMB   Document 1-1   Filed 02/18/20   Page 8 of 10

**CASE DESCRIPTION – SUPERIOR COURT**      Case Number: 3AN-20- _0441 8_ CI

| Type of Action | For Court Use Only | |
|---|---|---|
| Check the box that best describes the case. Mark **one** box only. For district court cases, use form CIV-125D. | Case Type | Action Code |
| **Tort** | | |
| Wrongful Death | Civil Superior Court | CISPID |
| Automobile Tort (But Not Wrongful Death) | Civil Superior Court | CISIDA |
| Claim Against Owner of Real Property for Personal Injury | Civil Superior Court | CISPIO |
| Product Liability | Civil Superior Court | CISPL |
| Intentional Tort (e.g., assault, battery, vandalism) | Civil Superior Court | CISIT |
| Slander/Libel/Defamation | Civil Superior Court | CISSLD |
| Other Tort | Civil Superior Court | CISIDO |
| Approval of Minor Settlement – Civil Petition<br>*May also be filed as probate case.* | Superior Court Misc Petition | CISPET |
| **Malpractice** | | |
| Legal Malpractice | Civil Superior Court | CISLMP |
| Medical Malpractice | Civil Superior Court | CISMMP |
| Other Malpractice | Civil Superior Court | CISOMP |
| **Other Civil** | | |
| Election Contest or Recount Appeal | Civil Superior Court | CISELE |
| Change of Name - Adult | Change of Name | CICON |
| Change of Name - Minor | Change of Name | CICONM |
| Confession of Judgment | Civil Superior Court | CISCCONF |
| Structured Settlement – AS 09.60.200 | Superior Court Misc Petition | CISSS |
| Administrative Agency Proceeding – Request for Court Assistance | Superior Court Misc Petition | CISWRNT |
| Arbitration - Action Under Uniform Arbitration Act | Civil Superior Court | CISAP |
| Fraud | Civil Superior Court | CISFRAUD |
| ☒ Unfair Trade Practice and Consumer Protection | Civil Superior Court<br>Clerk: Issue form CIV-128 | CISUTP |
| Writ of Habeas Corpus | Civil Superior Court | CIWHC |
| Fish & Game - Abatement & Forfeiture of Equipment | Superior Court Misc Petition | CISAF |
| Appointment of Trustee Counsel | Superior Court Misc Petition | CISTC |
| Action Under Alaska Securities Act | Civil Superior Court | CISASA |
| Other Superior Court Complaint | Civil Superior Court | CISOCI |
| Other Superior Court Petition | Superior Court Misc Petition | CISPET |
| **Post-Conviction Relief to Superior Court** | | |
| Post-Conviction Relief | Post-Conviction Relief-Sup Ct | CISPCR |
| **Appeal to Superior Court - From Administrative Agency** | | |
| Election Contest or Recount Appeal – SEE OTHER CIVIL | | |
| DMV Appeal | Appeal from Admin Agency | CIADDMV |
| Employment Security Appeal | Appeal from Admin Agency | CIADRESA |
| Administrative Agency Appeal - Other | Appeal from Admin Agency | CIADR |
| CSSD License Review Action | Petition for Review or Relief | CICSED |
| Petition for Review from Administrative Agency | Petition for Review or Relief | CIPRA |
| Petition for Relief from Administrative Agency – AS 44.62.305 | Petition for Review or Relief | CIPRLF |
| **Appeal to Superior Court - From District Court** | | |
| Civil Appeal | Appeal from District Court | CIACI2 |
| Criminal Appeal | Appeal from District Court | CIACRM |
| Minor Offense Appeal | Appeal from District Court | CIAMO |
| Small Claims Appeal | Appeal from District Court | CIASC |
| Petition for Review from Civil, Criminal, or Minor Offense Case | Petition for Review or Relief | CIPRD2 |
| Petition for Review from Small Claims | Petition for Review or Relief | CIPRSC |

CIV-125S (4/19)(cs)      Page 2 of 2
CASE DESCRIPTION FORM – SUPERIOR COURT

Vanessa Norman
Davis Wright Tremaine LLP
188 W. Northern Lights Boulevard
Suite 1100
Anchorage, AK 99503


## CERTIFIED MAIL®



9414 7266 9904 2068 8437 23

RETURN RECEIPT REQUESTED

NEOPOST          FIRST-CLASS MAIL
01/23/2020
US POSTAGE $012.25⁰


ZIP 99503
041L10424732

Restricted
Delivery

USAA Federal Savings Bank
c/o CSC - Lawyers Incorporating Service Company
Registered Agent
211 E. 7th Street, Suite 620
Austin, TX 78701-3218



THU 23 JAN 2020 PM

Anchorage PBDC 99530